**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  NOV 2 8 2016  ★

BROOKLYN OFFICE

**Chantal Sutton** individually
and all other similarly situated consumers,

      Plaintiff,

v.

      **STIPULATION OF DISMISSAL**

      Case No. 1:15-cv-413

**Global Credit & Collection Corp,**

      Defendant.

_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

COMES now plaintiff, and defendant, by and through their undersigned counsel, in the above-titled action and request entry of a Final Order of Dismissal with Prejudice in this matter, each party to bear its own costs and fees, and without prejudice as to the rights of any putative class members, if any. Further, The Court shall retain jurisdiction to enforce compliance with any settlement reached.

Dated this 23rd day of November 2016.

/s/ Edward B. Geller
Edward B. Geller, Esq.
M. Harvey Rephen & Associates, P.C.
15 Landing Way
Bronx, NY 10464
Phone: (914) 473-6783

Attorney for Plaintiff

By: /s/ Brandon M. Wrazen
Brandon M. Wrazen, Esq.
Peltan Law, PLLC
128 Church Street
East Aurora, NY 14052
P: (716) 523-7764
brandonwrazen@peltanlaw.com

Attorneys for Defendant

And now, this ___23rd___ day of ___Nov___, the above Stipulation is approved:

s/I. Leo Glasser
_____
U.S.D.J.